William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Ave., Suite 1505
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(212) 599-7909
Co-counsel
Jeffrey M. Gottlieb, Esq. (JG-7905)
Berger & Gottlieb, 150 East 18th Street, Suite PHR
New York, New York 10003; Tel: (212) 228-9795
Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ALMENA HOYTE, Individually and
on Behalf of All other persons similarly situated,

             Plaintiffs,

-against-

ELDERCHOICE OF HUDSON VALLEY, INC.
and JOHN DOES 1-10, Jointly and Severally,

             Defendants.
------------------------------------------------------X

ECF
07 Civ. 3922 (DLC)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff ALMENA HOYTE, in accordance with Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses the above captioned action without prejudice and without costs or attorneys' fees to any party.

DATED: JULY 18, 2007

LAW OFFICE OF WILLIAM COUDERT RAND

_____
William Coudert Rand, Esq. (WR-7685)
711 Third Avenue, Suite 1505, New York, New York 10017; Tel: (212) 286-1425
Attorney for Plaintiffs, Individually, and on Behalf of All Other Persons Similarly Situated

SO ORDERED THIS ___19th___ DAY OF ___July___, 2007

_____
U.S.D.J.